# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| FEONTA LASHEE MORRELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Case No. CV415-192 <br> CR412-013 |

# ORDER

In this 28 U.S.C. § 2255 motion, Feonta Morrell asks the Court to vacate his convictions for "possession of a firearm as a convicted felon," and "distribution of a controlled substance" in part because of constitutional violations committed by the prosecuting attorney, former Assistant United States Attorney Cameron Heaps Ippolito, and the investigating case agent, ATF Special Agent Lou Valoze. Doc. 40 at 1, 5.[1] The Honorable James E. Graham, United States Magistrate Judge for the Southern District of Georgia, has been assigned to handle all such matters. *See, e.g., Hernandez-Landeros v. United States*, 2015 WL

---

[1] All citations are to the criminal docket in CR412-013 and to the page numbers inserted by the Court's docketing software.

4040568 at * 1 (S.D. Ga. June 30, 2015). Accordingly, the Clerk is **DIRECTED** to refer this case to Judge Graham.

**SO ORDERED,** this 12th day of August, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA.