IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| Fonte Lashae Morrell | ) |
| --- | --- |
| | ) Case No. CV 415-192 |
| v. | ) |
| | ) |
| United States of America | ) |

ORDER

The above captioned case filed in the Savannah Division of this Court currently being assigned to the Honorable Magistrate Judge James E. Graham,

It is hereby ORDERED that this case be reassigned to the Honorable Magistrate Judge G. R. Smith.

SO ORDERED, this 27 day of September, 2016.

Lisa Godbey Wood, Chief Judge
United States District Judge
Southern District of Georgia